AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conti, Joy Flowers | U.S. District Court WDPA | 05/09/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Change in status during year - Part VIII | ☐ Nomination    Date ☐ Initial  ☑ Annual  ☐ Final | 01/01/2018 to 12/31/2018 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

Joseph F. Weis Jr. U.S. Courthouse
700 Grant Street, Suite 5250
Pittsburgh, PA 15219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Counselor | W. Edward Sell American Inns of Court |
| 2. | Honorary Board Member | Catholic Charities |
| 3. | Vice Regent | Kushkushkee Trail Chapter of the Daughters of the American Revolution |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Boenning & Scattergood - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pennsylvania Bar Association | January 21-28, 2018 | Key West, FL | Mid-year Meeting 2018 | Lodging, Transportation, Meals |
| 2. | ALM Media, LLC | January 30 - February 1, 2018 | New York, NY | Legal Tech | Lodging, Transportation, Meals |
| 3. | NYU & Columbia Law Schools | February 23-25, 2018 | New York, NY | Third Annual Judicial Seminar | Lodging, Transportation, Meals |
| 4. | New York Intellectual Property Law Association | March 23-25, 2018 | New York, NY | The 96th Annual Dinner in Honor of the Federal Judiciary | Lodging, Transportation, Meals |
| 5. | District of Delaware | May 3-4, 2018 | Wilmington, DE | Bench & Bar Conference | Lodging, Transportation, Meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Conti, Joy Flowers** | 05/09/2019 |

| | | | | |
|---|---|---|---|---|
| 6. | American Bar Association | May 17-18, 2018 | Chicago, IL | 12th Annual National Institute on E-Discovery | Lodging, Transportation, Meals |
| 7. | NetDiligence | June 12-13,2018 | Philadelphia, PA | NetDiligence Cyber Risk Summit | Lodging, Transportation, Meals |
| 8. | The Aspen Institute Justice & Society Program | July 20-22, 2018 | Queenstown, MD | Third Circuit Seminar | Lodging, Meals |
| 9. | World Congress Research | September 25-26, 2018 | Washington, DC | In-House Counsel Summit on Data Privacy and Cybersecurity | Lodging, Transportation, Meals |
| 10. | Foley & Lardner LLP | September 27-28, 2018 | Chicago, IL | Foley's 14th Annual IP Conference | Lodging, Transportation, Meals |
| 11. | Academy of Trial Lawyers of Allegheny County | October 3-5, 2018 | Farmington, PA | 30th Annual Masters of Trial Advocacy Retreat | Lodging, Transportation, Meals |
| 12. | Government Investigations & Civil Litigation Institute | October 8-10, 2018 | Ft. Lauderdale, FL | GICLI Annual Meeting | Lodging, Transportation, Meals |
| 13. | University of South Carolina | November 1-2, 2018 | Columbia, SC | Cybersecurity Task Force Meeting | Lodging, Transportation, Meals |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Conti, Joy Flowers** | 05/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 (J) | | | | | | | | | |
| 2. -Red Mountain Resource Inc Stock | | None | J | T | | | | | |
| 3. -Standard Bank Deposit Account | A | Interest | J | T | | | | | |
| 4. -Pa Economic Dev Fing Auth Bond (2.55% due 11/01/41) | | None | K | T | | | | | |
| 5. ROTH IRA ROLLOVER ACCOUNT #1 (W) | | | | | | | | | |
| 6. -New Residential Invt Corp Stock | C | Dividend | K | T | | | | | |
| 7. -American Intl Group Inc Stock | | None | | | Sold | 05/07/18 | J | | |
| 8. -Bank of New York Mellon Corp Stock | A | Dividend | K | T | | | | | |
| 9. -SPDR S&P 500 ETF Trust Units | A | Dividend | K | T | | | | | |
| 10. -SPDR SER TR S&P BK ETF | A | Dividend | J | T | | | | | |
| 11. -Fidelity Advusor Ser VII Technology Fund Cl A | C | Dividend | K | T | | | | | |
| 12. -JP Morgan Chase & Co Stock | A | Dividend | K | T | | | | | |
| 13. -Standard Bank Deposit Account | A | Interest | J | T | | | | | |
| 14. -Conifer Hldgs 6.75% Pfd Inc Sr Note due 09/30/23 | A | Dividend | J | T | Buy | 10/10/18 | J | | |
| 15. RETIREMENT PLAN #2 (W) | | | | | | | | | |
| 16. -TIAA Traditional Annuities | D | Interest | M | T | | | | | |
| 17. -Vanguard REIT Index Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -CREF Stock R2 Fund | A | Dividend | L | T | | | | | |
| 19.  -CREF Money Market R2 | A | Dividend | L | T | | | | | |
| 20.  -Vanguard Infl Protect Sec Adm Fund | B | Dividend | K | T | | | | | |
| 21.  -Vanguard Small Cap Index Fund | A | Dividend | L | T | | | | | |
| 22.  -Vanguard Mid Cap Index Fund | A | Dividend | K | T | | | | | |
| 23.  -American Mutual Fund R6 | A | Dividend | K | T | | | | | |
| 24.  ROTH IRA ROLLOVER ACCOUNT #3 (H) | | | | | | | | | |
| 25.  -Navidea Biopharmaceuticals Stock | | None | J | T | | | | | |
| 26.  -American Intl Group Stock | | None | | | Sold | 05/07/18 | K | C | |
| 27.  -Boeing Co Stock | B | Dividend | L | T | | | | | |
| 28.  -Federated International Leaders Fund | | None | | | Sold | 09/19/18 | J | A | |
| 29.  -JP Morgan Value Advantage Fund | A | Dividend | K | T | | | | | |
| 30.  -JP Morgan Chase & Co Stock | A | Dividend | J | T | | | | | |
| 31.  -SPDR S&P 500 ETF Trust Units | A | Dividend | K | T | | | | | |
| 32.  -Standard Bank Deposit Account | A | Interest | J | T | | | | | |
| 33.  -Assured Guaranty Ltd | A | Dividend | K | T | | | | | |
| 34.  -Conifer Hldgs 6.75% Pfd Inc Sr Note due 09/30/23 | A | Dividend | J | T | Buy | 09/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Oppenheimer Global Opportunities Fund Cl A | A | Dividend | J | T | Buy | 09/19/18 | J | | |
| 36. IRA ROLLOVER ACCOUNT #6 (H) (Part VIII) | | | | | | | | | |
| 37. -S&T Bancorp Stock | A | Dividend | K | T | | | | | |
| 38. -Standard Bank Deposit Account | A | Interest | K | T | | | | | |
| 39. -Pershing Government Money Market Fund | | None | | | Closed | 01/02/18 | J | | |
| 40. - Boeing Co Stock | B | Dividend | K | T | | | | | |
| 41. -Navidia Biopharmaceuticals Inc Stock | | None | J | T | | | | | |
| 42. -JP Morgan Value Advantage Fund | B | Dividend | K | T | | | | | |
| 43. -SPDR SER TR S&P REGL BKG ETF | A | Distribution | J | T | | | | | |
| 44. -SPDR SER TR S&P BK ETF | A | Dividend | J | T | | | | | |
| 45. -SPDR S&P 500 ETF Trust Units | A | Dividend | K | T | | | | | |
| 46. -Facebook Inc Stock | | None | | | Sold | 11/16/18 | K | B | |
| 47. -JP Morgan Chase & Co Stock | A | Dividend | K | T | | | | | |
| 48. -New Residential Invt Corp Stock (REIT) | B | Dividend | J | T | | | | | |
| 49. -Black Box Corp | A | Dividend | | | Sold (part) | 01/31/18 | J | | |
| 50. | | | | | Sold | 08/21/18 | J | | |
| 51. -Vanguard Information ETF Technology | A | Dividend | J | T | Buy | 07/24/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Weatherford International Stock | | None | J | T | Buy | 11/25/18 | J | | |
| 53. CITIZENS BANK ACCOUNTS | | None | J | T | | | | | |
| 54. MASSACHUSETTS MUTUAL WHOLE LIFE INS POLICY | | None | K | T | | | | | |
| 55. MASSACHUSETTS MUTUAL WHOLE LIFE INS POLICY | | None | K | T | | | | | |
| 56. NORTHWESTERN WHOLE LIFE POLICY (Y) (Part VIII) | | | | | | | | | |
| 57. METROPOLITAN LIFE WHOLE LIFE INS POLICY | | None | K | T | | | | | |
| 58. METRO LIFE (Name Change from Genl Amer) WHOLE LIFE INS POLICY | | None | J | T | | | | | |
| 59. MASSACHUSETTS MUTUAL WHOLE LIFE INS POLICY | | None | K | T | | | | | |
| 60. METROPOLITAN LIFE WHOLE LIFE INS POLICY | | None | J | T | | | | | |
| 61. NORTHWESTERN WHOLE LIFE INS POLICY | | None | J | T | | | | | |
| 62. MASSACHUSETTS MUTUAL WHOLE LIFE INS POLICY | | None | J | T | Buy | | | | |
| 63. MASSACHUSETTS MUTUAL WHOLE LIFE INS POLICY | | None | J | T | Buy | | | | |
| 64. HUNTINGTON BANK ACCOUNT | | None | J | T | | | | | |
| 65. SIMPLE IRA ACCOUNT #1(H) (Part VIII) | | | | | Merged (with line 36) | | | | |
| 66. BROKERAGE ACCOUNT #2 (W) | | | | | | | | | |
| 67. -Pa St Fin Auth Rev Rfdg Penn Hills Bond (0% due 12/1/23 | | None | | | Sold | 09/05/18 | J | C | |
| 68. -New Residential Investment Corp Stock (REIT) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Standard Bank Deposit Account | A | Interest | J | T | | | | | |
| 70. ROTH IRA ROLLOVER ACCOUNT #7 (H) | | | | | | | | | |
| 71. -Safe-T-Shade LLC | | None | K | T | | | | | |
| 72. -Averatek Inc Stock | | None | J | T | | | | | |
| 73. -Averatek 8% Convertible Note due 4/30/22 | A | Interest | J | T | | | | | |
| 74. SEVENTH STREET INVESTMENT LP | | None | K | T | | | | | |
| 75. TAASERA INC STOCK | | None | K | T | | | | | |
| 76. 401(K) PLAN #1 (H) | | | | | | | | | |
| 77. -Standard Bank Deposit Account | A | Interest | J | T | | | | | |
| 78. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ADDITIONAL INFORMATION FOR:

Part I    Personal Information

Box 4 Title:

Active Article III Judge until 12/06/2018
U.S. District Judge, Senior Status from 12/07/2018

Part VII   Investments and Trusts

From prior years:

There is no Retirement Plan #1

There is no IRA Rollover/Roth IRA Rollover Accounts # 2, 4 or 5

Current Year:

Lines 36 & 65   SIMPLE IRA ACCOUNT #1 (H) (Line 65) - All assets in account were transferred to IRA ROLLOVER ACCOUNT #6 (H) (Line 36) during 2018. All assets previously listed for this account are now shown under the receiving account (Lines 39-49)

Line 56   Northwestern Whole Life Insurance Policy is no longer reportable -- Policy belongs to child who is no longer a minor/dependent

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:   **s/ Joy Flowers Conti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544